THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY BRYANT, Appellant.

*People* v. *Bryant,* 165 App. Div. 921, appeal dismissed.
(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1914, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crimes of assault and robbery in the first degree.

The motion was made upon the ground of failure to prosecute the appeal.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for motion.

*R. S. King* opposed.

Motion granted and appeal dismissed.